IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10735
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMANDA JOHNSON MESHAW,
also known as Mandy Meshaw,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(4:94-CR-98-A)
- - - - - - - - - -
May 28, 1997

Before Wisdom, Jolly, and Benavides, Circuit Judges.

PER CURIAM:[*]

Amanda Johnson Meshaw appeals her convictions for wire fraud
and resultant sentence. She argues that the evidence was
insufficient to support her convictions and that at sentencing
the district court erred in its calculation of the amount of the
loss attributable to her.

We have reviewed the record and find sufficient evidence to

_____

[*] The court has determined that this opinion should not be
published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

support the convictions.[1]  Also, the district court did not err in sentencing Meshaw based on evidence from acquitted counts.[2] Accordingly, the judgment of the district court is AFFIRMED.

---

[1]     See United States v. Martinez, 975 F.2d 159, 160-61 (5th Cir. 1992), cert. denied, 507 U.S. 943 (1993).

[2]     United States v. Watts, 117 S.Ct. 633, 1997 WL 2443 (No. 95-1906 Jan 6, 1997).